926

No. 75–5974. KRAMER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–5989. NACHBAUR v. ARGO INSTRUMENTS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5991. MOORE v. SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 75–5996. ANDERSON v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. Reported below: See —— Mass. App. ——, 334 N. E. 2d 61.

No. 75–5998. WORTON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6005. CAMPBELL v. DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–6008. DAWN, DBA GAME Co. v. STERLING DRUG, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–6011. ROMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–6012. SMITH v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied.

No. 75–6022. CARVAJAL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–6023. BOWIE v. GARRISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 75–6025. WEST v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.